## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
VCR I, LLC                                                                CASE NO. 12-02009-EE

### NOTICE OF APPEAL

PLEASE TAKE notice that Gluckstadt Holdings, LLC ("GH") appeals from the Final Judgment [DK #626] and the Memorandum Opinion accompanying therewith [DK #625] entered in this contested matter on September 29, 2017.

The names of all parties to the Final Judgment and Opinion appealed from and the names, addresses and telephone numbers of their attorneys are as follows:

(a)   VCR I, LLC/Derek Henderson, Trustee
      c/o Derek Henderson, Esq.
      1765-A Lelia Drive
      Jackson, MS 39216
      Email: derek@derekhendersonlaw.com

(b)   Gluckstadt Holdings, LLC
      c/o Craig M. Geno
      587 Highland Colony Parkway
      Ridgeland, MS 39157
      cmgeno@cmgenolaw.com

Dated this the 13th day of October, 2017.

Respectfully submitted,

GLUCKSTADT HOLDINGS, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
         Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Bounds Realty - VCR I Bkcy\Pleadings\Notice of Appeal 10-13-17.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission and/or U. S. Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

> Derek A. Henderson, Esq.
> Trustee and Attorney for the Trustee
> derek@derekhendersonlaw.com

THIS, the 13th day of October, 2017.

_____
Craig M. Geno